**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00360-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ARTURO SILVA,
3.  LEOPOLDO MORENO-VERA, and
4.  FERNANDO PEREZ-ZAMORA

     Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court *sua sponte*.  On May 25, 2010, commencing at 1:30 p.m., the court is set to hear defendant Silva's **Motion To Suppress** [#92] filed February 11, 2010.  The court finds and concludes that it is necessary to hold a status conference concerning defendants Moreno-Vera and Perez-Zamora.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That on May 25, 2010, at 1:30 p.m., the court shall conduct a status concerning defendants Moreno-Vera and Perez-Zamora;[2] and

     2.  That to the extent necessary, the United States Marshal shall assist the court in securing the defendants' appearances for this status conference.

     Dated:  May 13, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2]  The suppression hearing shall commence immediately subsequent to the status conference.