**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00360-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTURO SILVA,

    Defendant.

## ORDER

**Blackburn, J.**

    This matter is before me *sua sponte* to correct a clerical error in the **Order Denying Defendant Silva's Motion To suppress** [#176] entered August 3, 2010. Footnote 1 on page one of the order incorrectly states that "[t]he motion is joined by defendant, Sylvestre Martinez, who appeared with his attorney at the hearing on June 16, 2010." The inclusion of this footnote, which is erroneous, is the result of clerical error and is subject to correction by excision under Fed. R. Crim. P. 36.

    **THEREFORE, IT IS ORDERED** that pursuant to Fed. R. Crim. P. 36, footnote one on page one of the **Order Denying Defendant Silva's Motion To suppress** [#176] entered August 3, 2010, is **EXCISED**.

    Dated August 24, 2010, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  */s/ Robert E. Blackburn*
                                                  Robert E. Blackburn
                                                  United States District Judge