**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00360-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTURO SILVA, and
3. LEOPOLDO MORENO-VERA,

    Defendants.

---

## MINUTE ORDER[1]

On Friday, **September 3, 2010**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set this matter for jury trial and a trial preparation conference. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: August 31, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.