**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00360-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ARTURO SILVA, and
3.  LEOPOLDO MORENO-VERA,

     Defendants.

---

## MINUTE ORDER[1]

---

     On or before **September 24, 2010**, the government and counsel for defendant Moreno-Vera shall file a response to defendant Silva's **Motion to Reset Trial** [#198] filed September 17, 2010.

     Dated:  September 17, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.