**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00360-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ARTURO SILVA,

      Defendant.

---

## MINUTE ORDER[1]

---

      The matter is before the court *sua sponte*.  A conflict prevents the court from conducting trial on the morning of December 16, 2010.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the court shall not conduct trial on the morning of December 16, 2010; instead, trial shall commence at 1:00 p.m., on that date; and

      2.  That the **Order Granting Further Exclusion of Time For Speedy Trial** [#206] entered October 5, 2010, is amended accordingly.

      Dated:  December 6, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.