**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 09-cr-00360-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ARTURO SILVA,

      Defendant.

## ORDER PRESCRIBING JURY SELECTION PROTOCOL

**Blackburn, J.**

      Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that the attached **Jury Selection Protocol** shall be used by the court and the parties in the selection of the jury in the trial of this case.

      Dated December 6, 2010, at Denver, Colorado.

                                **BY THE COURT:**

                                Robert E. Blackburn
                                United States District Judge