**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00360-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ARTURO SILVA,

      Defendant.

---

### ORDER FOR ORAL *JAMES* PROFFER

---

**Blackburn, J.**

      The matter is before me *sua sponte* for reconsideration of my order denying the

**Motion for Production of *Bruton* And 801(D)(2)(e)** (sic) **Materials And Motion for**

**Pretrial Determination of Alleged Co-Conspirator Statements** [#90] filed February

11, 2010. *See* **Order Re: Pretrial Motions** [#226] at 4, ¶ 5, entered December 3, 2010.

      Concerning the **Motion for Production of *Bruton* And 801(D)(2)(e)** (sic)

**Materials And Motion for Pretrial Determination of Alleged Co-Conspirator**

**Statements** [#90] filed February 11, 2010, I found and concluded, *inter alia*, that in lieu

of a ***James***[1] proffer or hearing, the government should be required to prove up at trial

during its case-in-chief the foundational predicate for the admission of evidence offered

under Fed.R.Evid. 802(d)(2)(E), failing which, such evidence would be excluded. *See id.*

---

[1] So named for ***United States v. James***, 590 F.2d 575 (5th Cir. 1979), ***cert. denied***, 99 S.Ct. 2836 (1979).

After further consideration, I find and conclude that in lieu of a formal *James* hearing or a written *James* proffer, the government should be required to establish by oral proffer of counsel at the Trial Preparation Conference the foundational predicate for admission of statements by a coconspirator under Fed. R. Evid 801(d)(2)(E). This will permit me consistent with Fed.R.Evid. 104(a) and 103(c) to determine before the trial and out of the presence of the jury whether (1) the conspiracy charged in Count One of the Indictment existed; (2) the declarant and the defendant were both members of the conspiracy; and (3) the statements were made in the course and in furtherance of the conspiracy.  *United States v. Lopez-Gutierrez*, 83 F.3d 1235, 1242 (10th Cir. 1996). Thus, my order [#226] entered December 3, 2010, should be modified accordingly.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Motion for Production of *Bruton* And 801(D)(2)(e)** (sic) **Materials And Motion for Pretrial Determination of Alleged Co-Conspirator Statements** [#90] filed February 11, 2010, is **GRANTED** in part and is **DENIED** in part:

a.  That the motion is granted to the limited extent that it requests that the government make an appropriate pretrial showing that warrants the admissibility of coconspirator statements under Fed. R. Evid. 801(d)(2)(E);

b.  That at the Trial Preparation Conference on December 10, 2010, counsel for the government shall make an oral proffer in support of the government's intention to offer coconspirator statements under Fed. R. Evid. 801(d)(2)(E); and

c.  That the motion is denied otherwise; and

2.  That the **Order Re: Pretrial Motions** [#226] at 4, ¶ 5, entered December 3, 2010, is **MODIFIED** accordingly.

Dated December 7, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge