**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00360-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ARTURO SILVA,

      Defendant.

## MINUTE ORDER[1]

On April 1, 2011, the court conducted a telephonic setting conference to reset the sentencing date in this matter.  After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1.  That on **June 6, 2011**, commencing at 11:00 a.m., the court shall conduct a sentencing hearing in the above captioned matter; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  April 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.